**This document was signed electronically on November 24, 2017, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: November 24, 2017**



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO (AKRON)

In re

Eric S. Neiger,

      Debtor.

CHAPTER 13
BANKRUPTCY NO. 15-52405-amk

Judge: Alan M. Koschik

Real Estate Located at:
 96 Longacre Lane, Chippewa Lake, Ohio 4421

Hearing:
Date: 11/02/2017
Time: 3:00 p.m.

**AGREED ORDER RE MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF UPLAND MORTGAGE LOAN TRUST A FOR RELIEF FROM AUTOMATIC STAY**

IT IS HEREBY AGREED by and between Movant, Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A, its assignees and/or successors in interest, through its retained counsel, Peter O'Grady, Esq. of Reimer Law Co., and Debtor Eric S. Neiger, through his counsel, Andrew M. Korduba, Esquire, and the Chapter 13 Trustee, Keith Rucinski, as follows:

    1.    On or before November 1, 2017, Debtor shall pay the sum of $1,299.28, representing

1

monthly post-petition payment from September 2017 at $597.35, monthly post-petition payment from October 2017 at $538.19, plus the filing fee cost of $181.00, less applied suspense of $-17.26. Said payment shall be paid directly to Movant's servicing agent Carrington Mortgage Services, LLC, Bankruptcy Department, P.O. Box 3730, Anaheim, CA 92806.

2. In the event such payment as set forth in Paragraph 1 hereinabove is not timely made, the Automatic Stay with respect to subject Property shall lift immediately, without further Order of the Court.

3. Debtor shall maintain the regular monthly payments on Movant's loan obligation, and otherwise comply with all other terms of the subject Note and Mortgage, including, but not limited to, the requirement to maintain insurance naming Movant as the loss payee, encumbering the subject Property, generally described as **96 Longacre Lane, Chippewa Lake, Ohio 4421**, in a timely fashion, commencing with the November 1, 2017 payment. Payments on Movant's loan obligation shall be made to Movant's servicing agent, Carrington Mortgage Services, LLC, Bankruptcy Department, P.O. Box 3730, Anaheim, CA 92806.

4. In the event Debtor fails to timely and properly comply with the payments set forth in Paragraph 3 hereinabove, or any other terms of the subject Note and Mortgage including, but not limited to, the requirement to maintain insurance naming Movant as the loss payee, Movant may mail a 10 Day Notice of Intent to File an Affidavit of Non-Compliance to Debtor and Debtor's counsel. Debtor shall have ten (10) days from the date of mailing of said Letter within which to cure the existing breach. A cure of the breach shall include, but not be limited to, any late charges, costs and/or advances due pursuant to the Note. If Debtor fails to do so, then on the eleventh (11th day, Movant shall serve and lodge an Affidavit of Non-Compliance along with a final Order for Relief from the Automatic Stay. Absent a showing that the required payments were timely tendered to and received by Movant, in good

funds, the Court shall cause said Order to be entered.  Upon the entry of said Order,)* the Automatic Stay in the above-entitled bankruptcy proceeding shall be immediately vacated and extinguished for all purposes as to Movant, allowing Movant to proceed with foreclosure of the subject Property, pursuant to applicable State law.

5.     Any funds received by Movant, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

6.     Should Movant obtain relief from the automatic stay due to a breach of the terms of this Order, any Order for Relief from the Automatic Stay shall provide for the 14-day stay described by Bankruptcy Rule 4001(a)(3) to be waived.

7.     In the event the instant bankruptcy proceeding is dismissed or discharged, this Agreed Order shall be terminated and have no further force or effect.

### 

3

**SUBMITTED & APPROVED BY:**

**REIMER LAW CO.**

/s/ Peter M. O'Grady
BY: Cynthia A. Jeffrey #0062718
BY: Edward A. Bailey #0068073
BY: Peter M. O'Grady #0093349
30455 Solon Road
Solon, Ohio 44139
Phone: 440-600-5500
Fax: 440-600-5522
Attorneys for Creditor
cjeffrey@reimerlaw.com
ebailey@reimerlaw.com
pogrady@reimerlaw.com
C.241-4755

/s/ Andrew M. Korduba
Andrew M. Korduba, Esquire #0069786
669 West Liberty Street
Medina, OH 44256
(330) 725-3636
Attorney for Debtor
amkbankruptcy@yahoo.com

/s/ Keith Rucinski
Keith Rucinski (#0063137)
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
(330) 762-6335 telephone
(330) 762-7072 fax
krucinski@ch13akron.com

4

**DISTRIBUTION SHEET**

Via the Court's Electronic Case Filing System:

**Edward A. Bailey** bknotice@reimerlaw.com
**Stephen R. Franks** amps@manleydeas.com
**Adam Bradley Hall** amps@manleydeas.com
**Suzana Krstevski Koch** suzana.koch@usdoj.gov, susan.lowe@usdoj.gov
**Andrew M. Korduba** amkbankruptcy@yahoo.com
**Peter Michael O'Grady** bknotice@reimerlaw.com
**Dean R. Prober** cmartin@pralc.com, ecf6@ecf.courtdrive.com
**Keith Rucinski** efilings@ch13akron.com, krucinski@ecf.epiqsystems.com
**Richard P. Schroeter** rschroeter@amer-collect.com, crogers@amercollect.com;HouliECF@aol.com
**United States Trustee** (Registered address)@usdoj.gov

by Regular U.S. Mail

**Debtor:**
Eric S. Neiger
96 Longacre Ln.
Chippewa Lake, OH 4421

**Servicer for Movant:**
Carrington Mortgage Services, LLC
Bankruptcy Department
P.O. Box 3730
Anaheim, CA 92806

2